UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Augustina T. Callio

Case No.: 25-12526 ABA

Chapter: 13

Hearing Date: 5/28/2025

Judge: Altenburg

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____    represent the debtor in the above captioned matter.

   \_\_X\_\_    am the secretary / paralegal for \_\_\_\_Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

   _____    Am the _____ in the above captioned matter and am representing myself.

2. On \_\_\_\_3/20/2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:_____3/20/2025_____          \_\_/s/ Nicholas Ralston_____

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>NEW JERSEY ATTORNEY GENERAL OFFICE<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET STREET PO BOX 112<br>TRENTON NJ 08625-0112<br><br>ALLY FINANCIAL INC<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON IL 55438-0901<br><br>ATLANTIC CITY ELECTRIC<br>PO BOX 13610<br>PHILADELPHIA PA 19101-3610<br><br>CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285<br><br>CITI CARDBEST BUY<br>ATTN CITICORP CR SRVS CENTRALIZED BANKR<br>PO BOX 790040<br>ST LOUIS MO 63179-0040<br><br>COMENITY BANKVICTORIA SECRET<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125<br><br>EGG HARBOR TWP TAX COLLECTOR<br>3515 BARGAINTOWN ROAD<br>EGG HARBOR TOWNSHIP NJ 08234-8317 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>KML LAW GROUP PC<br>701 MARKET ST 5000<br>PHILADELPHIA PA 19106-1541<br><br>NEW JERSEY AMERICAN WATER<br>PO BOX 371331<br>PITTSBURGH PA 15250-7331<br><br>SELECT PORTFOLIO SERVICING INC<br>ATTN BANKRUPTCY<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250<br><br>SOUTH JERSEY GAS<br>ATTN MS FLEMING<br>PO BOX 577<br>HAMMONTON NJ 08037-0577<br><br>(P)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245<br><br>UPSTART<br>ATTN BANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS CA 94070-7503<br><br>WESTERN FUNDING INC<br>ATTN BANKRUPTCY DEPT<br>PO BOX 94858<br>LAS VEGAS NV 89193-4858 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.