UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Federal Home Loan Mortgage Corp., et al.

In Re:

Augustina T. Callio,

Debtor.

Case No.: 25-12526-ABA

Adv. Pro. No.: _____

Chapter: 13

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: 08/19/2025

Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, _____Denise Carlon, Esq._____,

    ☒ am the attorney for: _____Federal Home Loan Mortgage, et al._____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Secured Creditor's Motion for Relief (Docket # 15)

    Current hearing date and time: 08/19/2025 @ 10:00 a.m.

    New date requested: 09/09/2025 @ 10:00 a.m.

    Reason for adjournment request: To allow the parties time to resolve this matter amicably.

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: 08/13/2025                                                          /s/ Denise Carlon
                                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: 9/9/25 @ 10 am              ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____              ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2