|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:      25-12526 ABA<br>Chapter:       13<br>Hearing Date: 09/24/2025<br>Judge:          Altenburg |
| In Re:<br>Augustina T. Callio | |

## CERTIFICATION OPPOSING DISMISSAL

Heidi R. Spivak, counsel for debtor, being of full age, hereby certifies as follows:

1. I am an associate with the Law Offices of Lee M Perlman, attorneys for the debtor in this case.

2. The petition in this case was filed on 03/12/2025.

3. On 08/14/2025, the court entered a Final Adjournment Order requiring debtor to provide several documents and amended schedules.

4. Amended schedules A/B, C, I and J and a modified plan have been filed.

5. The debtor has provided requested documents. For those not provided, debtor's explanations are as follows:

   a. 2022 and 2023 tax return for non-filing spouse – there are no returns for these years. Debtor's husband did not work during those years;

   b. Copy of deed to both properties – debtor only owns one property – the residence. That deed has already been provided.

   c. Certification of Household Income for Frank Callio & Callio Marine Services, Inc. – debtor advises there is no business.

   d. Insurance and license for Frank Callio – debtor advises there is no insurance and license for him.

   e. Certificate of Dissolution for business, Callio Marine Services, closed during covid – debtor is trying to obtain this.

   f. Valuation for time shares – debtor is trying to get this.

      g. Address estimated claim filed by the IRS – 2024 tax return has not been filed because debtor applied to an extension and then her accountant died.

      h. Dates when vehicles will be paid off – debtor does not know this information.

      i. 401(k) loan statement – there is no statement – the loan was paid off 5/9/2025.

      j. Status of 2nd job search – debtor cannot find a second job despite submitting numerous applications.

6. Because debtor has substantially complied with the requests of the trustee, the case should not be dismissed.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief. I am aware that if any of the statements contained herein are willfully false, I am subject to punishment.

Law Offices of Lee M. Perlman

    09/17/2025                               /s/ Heidi R. Spivak

Date                                            Heidi R. Spivak, Esquire