UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Augustina T. Callio

Case No.:  25-12526 ABA

Chapter:      13

Judge:  Altenburg

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____   represent the debtor in the above captioned matter.

   __X__   am the secretary / paralegal for ____Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On ____9/18/2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Modified Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:        9/18/2025                                              /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>ROBERTSON ANSCHUTZ SCHNEID CRANE PA<br>13010 MORRIS ROAD SUITE 450<br>ALPHARETTA GA 30004-2001<br><br>ALLY CAPITAL<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>ALLY CAPITAL CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>ALLY FINANCIAL INC<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON IL 55438-0901<br><br>ATLANTIC CITY ELECTRIC<br>PO BOX 13610<br>PHILADELPHIA PA 19101-3610<br><br>ATLANTIC CITY ELECTRIC CO BANKRUPTCY DIVISI<br>5 COLLINS DRIVE SUITE 2133<br>MAIL STOP 84CP42<br>CARNEYS POINT NJ 08069-3600 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>     (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285<br><br>CITI CARDBEST BUY<br>ATTN CITICORP CR SRVS CENTRALIZED BANKR<br>PO BOX 790040<br>ST LOUIS MO 63179-0040<br><br>COMENITY BANKVICTORIA SECRET<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125<br><br>EGG HARBOR TWP TAX COLLECTOR<br>3515 BARGAINTOWN ROAD<br>EGG HARBOR TOWNSHIP NJ 08234-8317<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>AT<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>KML LAW GROUP PC<br>701 MARKET ST 5000<br>PHILADELPHIA PA 19106-1541<br><br>LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587<br><br>NEW JERSEY AMERICAN WATER<br>PO BOX 371331<br>PITTSBURGH PA 15250-7331<br><br>(P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| SHORE MEDICAL CENTER<br>CO NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND TN 37320-8005<br><br>SELECT PORTFOLIO SERVICING INC<br>ATTN BANKRUPTCY<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250<br><br>SOUTH JERSEY GAS<br>ATTN MS FLEMING<br>PO BOX 577<br>HAMMONTON NJ 08037-0577<br><br>(P)STATE OF NEW JERSEY DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245<br><br>(P)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245<br><br>UPSTART<br>ATTN BANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS CA 94070-7503<br><br>UPSTART NETWORK INC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931<br><br>WESTERN FUN CO PERITUS PORTFOLIO SERVICES I<br>PO BOX 1149<br>GRAPEVINE TX 76099-1149<br><br>WESTERN FUNDING INC<br>ATTN BANKRUPTCY DEPT<br>PO BOX 94858<br>LAS VEGAS NV 89193-4858 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.