Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−12526−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Augustina T. Callio
   aka Augustina Theresa Callio
   121 Florida Ave
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−6122

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/24/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 24, 2025
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-12526-ABA
Augustina T. Callio Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Sep 24, 2025      Form ID: 148      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Augustina T. Callio, 121 Florida Ave, Egg Harbor Township, NJ 08234-7328 |
| 520593195 | + | Atlantic City Electric Co. Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 520582382 | + | Egg Harbor Twp Tax Collector, 3515 Bargaintown Road, Egg Harbor Township, NJ 08234-8317 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2025 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2025 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 24 2025 20:48:00 | FEDERAL HOME LOAN MORTGAGE CORPORATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520759644 | + | EDI: AISACG.COM | Sep 25 2025 00:35:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520645855 | + | EDI: AISACG.COM | Sep 25 2025 00:35:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520582377 | + | EDI: GMACFS.COM | Sep 25 2025 00:35:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520582378 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 24 2025 20:48:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 520582379 | + | EDI: CAPITALONE.COM | Sep 25 2025 00:35:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520582380 | + | EDI: CITICORP | Sep 25 2025 00:35:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520582381 | + | EDI: WFNNB.COM | Sep 25 2025 00:35:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520661835 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 24 2025 20:49:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520582383 | | EDI: IRS.COM | Sep 25 2025 00:35:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520582385 | ^ | MEBN | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 24 2025 20:42:29 | KML Law Group, PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 520658570 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 20:47:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520582386 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 24 2025 20:49:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 520659775 | | EDI: PRA.COM | Sep 25 2025 00:35:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520592373 | | Email/Text: paula.tilley@nrsagency.com | Sep 24 2025 20:47:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 520679376 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 24 2025 20:47:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520582389 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 24 2025 20:47:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520582387 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 24 2025 20:49:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 520582388 | + | Email/Text: bankruptcynotice@sjindustries.com | Sep 24 2025 20:48:00 | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 520582390 | + | EDI: LCIUPSTART | Sep 25 2025 00:35:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520600539 | ^ | MEBN | Sep 24 2025 20:42:19 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520649319 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 24 2025 20:49:00 | Western Fun C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 520582391 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Sep 24 2025 20:49:00 | Western Funding Inc, Attn: Bankruptcy Dept, P.O. Box 94858, Las Vegas, NV 89193-4858 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520582384 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025    Signature:    /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Sep 24, 2025 | Form ID: 148 | Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Augustina T. Callio ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Levi Chaimowitz | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION chamo549@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6