UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Augustina T. Callio

Case No.:        25-12526 ABA
Chapter:         13

Judge:           Altenburg

### CERTIFICATION REQUESTING DISBURSEMENT OF FUNDS ON HAND

Lee M. Perlman, being of full age, hereby certifies as follows:

1.      I am the attorney for debtor(s) in the captioned Chapter 13 case.

2.      A confirmation hearing in this case was held on September 24, 2025, at which time the case was dismissed.

3.      Pursuant to the Disclosure of Attorney Compensation filed in this case, I was to be paid $3,108.00 through the Chapter 13 plan.

4.      Upon information and belief, the Trustee has funds on hand in the amount of $9,396.00.

5.      I hereby request the funds on hand be disbursed to me in an amount not to exceed the amount specified in paragraph three above.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.  I am aware that if any of the statements contained herein are willfully false, I am subject to punishment.

____09/29/2025_____                              __/s/ Lee M. Perlman_____
Date                                                            Lee M. Perlman, Esquire