Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 25−12526−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Augustina T. Callio
   aka Augustina Theresa Callio
   121 Florida Ave
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−6122

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 2, 2025</u>                   <u>Andrew B. Altenburg Jr.</u>
                                                  Judge, United States Bankruptcy Court